Entered: February 1st, 2024
Signed: February 1st, 2024

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | **Case No.: 23-13178-MMH** |
| **KALI'S COURT, LLC** | * | **(Chapter 11 – Subchapter V)** |
| Debtor | * | |
| **In re:** | * | **Case No.: 23-11242-MMH** |
| **VASILIOS KERAMIDAS** | * | **(Chapter 11 – Subchapter V)** |
| Debtor | * | |
| | * | **(JOINTLY ADMINISTER UNDER CASE NO. 23-13178-MMH)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT ORDER RESOLVING**
**MOTION (I) TO COMPEL SURRENDER PREMISES OF REJECTED LEASE, OR, IN THE ALTERNATIVE, (II) FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the *Motion to Compel Surrender of Premises of Rejected Lease, or, in the alternative, for Relief from the Automatic Stay regarding Leased Premises: 1606 Thames Street and 847 S. Bond Street* [ECF 104] (the "Motion"), the response thereto filed by Debtors Kali's Court, LLC and Vasilios Keramidas (the "Debtors"), and there being no other responses filed to the Motion; the parties having agreed and consented to the entry of this Consent Order;

6094406.2

{00262543.DOCX.2}
45671/0016-42116437v3

1

proper notice of the Motion having been provided; and good cause for the relief requested having been shown; it is hereby **ORDERED** as follows:

1. The lease agreement dated June 1, 2021 and titled 1606 Thames Street & 847 S. Bond Street Standard Retail Lease Agreement (the "Lease") has been deemed rejected, with the deadline for assumption of the Lease pursuant to 11 U.S.C. § 365(d)(4) having expired.

2. The Debtors' right to occupy and use the property at 1606 Thames Street, Baltimore, Maryland 21231 and 847 S. Bond Street, Baltimore, Maryland 21231 (the "Premises") under the terms of the Lease has terminated.

3. Debtor Kali's Court, LLC has ceased business operations at the Premises and has allowed the Thames Property, LLC (the "Landlord") to secure the Premises.

4. Debtor Vasilios Keramidas shall have until February 15, 2024 to remove any personal belongings from the Premises.

5. The Debtors shall fully vacate the Premises by 5:00 PM (EST) on February 15, 2024, and thereafter the Landlord shall be entitled to take any further efforts necessary to secure complete and entire possession of the Premises.

6. The automatic stay shall be fully terminated with respect to the Landlord's rights and interest in the Premises as of by 5:00 PM (EST) on February 15, 2024.

7. The terms of this Order are effective immediately, including in disregard to any stay imposed by Bankruptcy Rule 4001(a)(3).

8. This Court shall retain jurisdiction to resolve any issues with respect to this Consent Order.

*CONSENTED AND AGREED TO:*

| | |
|---|---|
| /s/ Joseph M. Selba | /s/ Robert B. Scarlett |
| Joseph M. Selba, Bar No. 29181 | Robert B. Scarlett, Bar No. 01424 |
| Tydings & Rosenberg LLP | Scarlett & Croll, P.A. |
| One East Pratt Street, Suite 901 | 306 W. Chesapeake Ave. |
| Baltimore, Maryland 21202 | Towson, MD 21204 |
| (410) 752-9753 | (410) 468-3100 |
| jselba@tydings.com | RScarlett@ScarlettCroll.com |
| *Counsel for Thames Property, LLC* | *Debtors' Counsel* |

      I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on the copy Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order.

                                                      */s/* Joseph M. Selba
                                                      Joseph M. Selba, Bar No. 29181

**END OF ORDER**